JOSEPH SOLOFF, APPELLANT, v. ATLANTIC COAST BUILDING AND LOAN ASSOCIATION, RESPONDENT.

Submitted February 17, 1933—Decided April 28, 1933.

For the appellant, *Thompson & Hanstein.*

For the respondent, *Endicott & Endicott.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—None.